[No. 47136-1-II.   Division Two.   October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE HARVEY OYA III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00528-0, Bryan E. Chushcoff, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47258-9-II.   Division Two.   October 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN W.A. RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00271-1, F. Mark McCauley, J., entered February 20, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.

[No. 47469-7-II.   Division Two.   October 11, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. JEREMY ROBERT DOCKSTADER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03485-9, G. Helen Whitener, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 47484-1-II.   Division Two.   October 11, 2016.]

DANIEL J. WAGNER ET AL., *Appellants*, v. EMC MORTGAGE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-06208-4, Elizabeth P. Martin, J., entered March 27, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.